No. 511. CITY OF MENASHA *v.* FURTON ET AL., COPARTNERS, DOING BUSINESS AS FURTON BROTHERS CONSTRUCTION Co. November 19, 1945. Petition for writ of cer-

772

tiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Emil Hersh* for petitioner. *Mr. William B. Rubin* for respondents.